1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

10

**CENTRAL DISTRICT OF CALIFORNIA**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| SHOUA XIONG, an individual, | Case No.: <u>5:22-cv-01025-SP</u> |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, | |
| Defendants, | |

1

[PROPOSED] ORDER OF DISMISSAL

1    Based on the stipulation of the parties, and good cause appearing therefore,

2   the stipulation (docket no. 56) is granted. The entire action, including all claims and

3   counterclaims stated herein against all parties, is hereby ORDERED dismissed with

4   prejudice.

5

6    **IT IS SO ORDERED.**

7

8

9   DATE: October 8, 2024          By:_____

10                                       Magistrate Judge Sheri Pym,
                                         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER OF DISMISSAL